PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 28, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO CASTRO JR., <br><br> Defendant. | CASE NO. 2:24-cr-0074 JAM <br><br> ORDER TO SEAL <br><br> **(UNDER SEAL)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Alstyn Bennett to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: March 28, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Seal Indictment                1