PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO CASTRO JR.,<br><br>Defendant. | CASE NO: 2:24-CR-00074-JAM<br><br>Dated: April 5, 2024<br><br>ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that a bench warrant be issued for Francisco Castro Jr.

Dated: April 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER