IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**FRANCISCO CASTRO JR.,**<br><br>Defendant. | CR NO: 2:24-cr-0074 JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Francisco Castro Jr.
Detained at: Valley State Prison
Detainee is:
 a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
   charging detainee with: 21 U.S.C. § 841(a)(1)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*As soon as practicable in the Eastern District of California.*

Signature: */s/ Haddy Abouzeid*
Printed Name & Phone No: Assistant U.S. Attorney Haddy Abouzeid – 916-554-2753
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: July 11, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:
AKA(s) (if
Booking or CDC #: BX7984
Facility Address: 21633 Avenue 24, Chowchilla, CA
Facility Phone: (559) 665-6100
Currently: In custody of the State of California

☒ Male  ☐ Female
DOB: 8/27/1998
Race: Hispanic
FBI#: RMV7R9PAW

## RETURN OF SERVICE

Executed on: _____   _____
                                        (signature)