CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>FRANCISCO CASTRO, JR.,<br><br>       Defendant. | Case No.: 2:24-cr-00074-JAM<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:   October 22, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Haddy Abouzeid, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Francisco Castro, Jr., that the status conference in this matter, currently scheduled for October 22, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on November 19, 2024, at 9:00 a.m. for further status conference.  Defense counsel requires additional time to review discovery, meet with Mr. Castro, and conduct investigation as necessary, in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from October 14, 2024, the date of the parties' stipulation, through November 19, 2024, and that the ends of justice served in granting the continuance and allowing the

10/16/24

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:  October 14, 2024        /S/    Haddy Abouzeid
                                PHILLIP TALBERT
                                by HADDY ABOUZEID
                                Attorney for Plaintiff

DATED:  October 14, 2024        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Francisco Castro, Jr.

## ORDER

IT IS SO ORDERED, that the **status conference** in the above-entitled matter, scheduled for October 22, 2024, at 9:00 a.m., be **VACATED** and **RESET** for **November 19, 2024, at 9:00 a.m.**  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, October 14, 2024, through November 19, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 16, 2024              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

10/16/24