CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO CASTRO, JR.,<br><br>　　　　Defendant. | Case No.: 2:24-cr-00074-JAM<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:　November 19, 2024<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Haddy Abouzeid, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Francisco Castro, Jr., that the status conference in this matter, currently scheduled for November 19, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on January 7, 2025, at 9:00 a.m. for further status conference and possible change of plea.  Defense counsel requires additional time to review discovery, meet with Mr. Castro, and conduct investigation as necessary, in order to prepare for trial.  Furthermore, the government has represented that a proposed plea agreement is forthcoming.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

11/14/24

4), from November 12, 2024, the date of the parties' stipulation, through January 7, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 12, 2024       /S/    Haddy Abouzeid
                               PHILLIP TALBERT
                               by HADDY ABOUZEID
                               Attorney for Plaintiff

DATED: November 12, 2024       /S/    Clemente M. Jiménez
                               CLEMENTE M. JIMÉNEZ
                               Attorney for Francisco Castro, Jr.

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 19, 2024, at 9:00 a.m., be vacated and the matter **CONTINUED** to **January 07, 2025, at 9:00 a.m.**, **for Status Conference/Possible Change of Plea Hearing**. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, November 12, 2024, through January 07, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: November 14, 2024       /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE

11/14/24