LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00074-JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME** |
| FRANCISCO CASTRO, JR., | Date:     July 15, 2025 |
| Defendant. | Time:     9:00 a.m. |
| | Court:    Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Haddy Abouzeid, and Attorney Todd Leras on behalf of Defendant Francisco Castro, Jr., stipulate as follows:

1.    This matter is presently set for a status conference on July 15, 2025.  The parties

ORDER CONTINUING
FURTHER STATUS CONFERENCE

request that the status conference be continued to August 19, 2025, at 9:00 a.m.  The parties further request that the time between July 15, 2025, and August 19, 2025, be excluded for attorney preparation.

2. Attorney Todd Leras requested to substitute into the case as appointed counsel in place of Attorney Clemente Jimenez at a status of counsel hearing on April 8, 2025.

3. This case involves two counts of distribution of methamphetamine.  Following the April 8th status of counsel hearing, the government produced an initial round of discovery consisting of approximately one hundred pages of reports, photographs and other materials related to controlled purchase operations occurring during investigation of this matter.

4. Defense counsel requested, via an email dated June 2, 2025, that the government provide additional discovery materials.  The government agreed to provide the requested materials subject to a protective order.  The supplemental materials include, among other items, video and audio recordings of the controlled purchase operations, audio recordings of telephone calls, and aerial surveillance footage.  The government released the requested materials on June 13, 2025.

5.  The protective order requires defense counsel or an authorized defense representative to maintain control of the supplemental materials.  These materials may not be copied and provided to Mr. Castro for review on his own.

6. Francisco Castro's primary language is Spanish.  Although his English language skills are strong, he requires an interpreter in court and when discussing complex legal issues such as how the Sentencing Guidelines are used to determine an advisory sentencing range.  The government recently provided a proposed resolution

ORDER CONTINUING
FURTHER STATUS CONFERENCE

agreement to Mr. Castro's current counsel.  The defense requires additional time to complete discovery review and discussions about the proposed settlement agreement.

7. Defendant is being held in pre-trial custody at the Central Valley Annex in McFarland, California.  Central Valley Annex is approximately 236 miles from defense counsel's downtown Sacramento office.  All in-person meetings to review protected discovery materials, to plan defense investigation, and to review the settlement agreement and prepare for a potential change of plea hearing require travel to the Central Valley Annex.

8.  Based on the necessary travel required for discovery review, defense investigation, and settlement discussions, defense counsel requests to continue the status conference in this matter to August 19, 2025.  The government does not oppose the request.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 15, 2025, to August 19, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Castro's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Haddy Abouzeid has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

ORDER CONTINUING
FURTHER STATUS CONFERENCE

1

2    DATED: July 8, 2025                    MICHELLE BECKWITH
                                           Acting United States Attorney
3

4                                          By   /s/ Todd D. Leras for
                                                HADDY ABOUZEID
5                                               Assistant United States Attorney

6

7    DATED: July 8, 2025

8                                          By   /s/ Todd D. Leras
                                                TODD D. LERAS
9                                               Attorney for Defendant
                                                FRANCISCO CASTRO, JR.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER CONTINUING
     FURTHER STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the **further status conference**, scheduled for July 15, 2025, is **VACATED** and **RESET** for **August 19, 2025, at 9:00 a.m.**  The Court further finds, based on the representations of the parties and Defendant Castro's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 15, 2025, up to and including August 19, 2025.

IT IS SO ORDERED.


Dated: July 08, 2025                         /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
FURTHER STATUS CONFERENCE