LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO CASTRO, JR.,<br><br>    Defendant. | Case No.: 2:24-cr-00074-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:    August 26, 2025<br>Time:    9:00 a.m.<br>Court:   Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Haddy Abouzeid, and Attorney Todd Leras on behalf of Defendant Francisco Castro, Jr., stipulate as follows:

1. The parties previously requested to continue this matter by stipulation to August 19, 2025. (ECF Document 35). The Court approved the request (ECF Document 36), but later issued a Minute Order, on July 13, 2025, rescheduling the status conference

ORDER CONTINUING FURTHER
STATUS CONFERENCE

on the Court's own motion to August 26, 2025. (ECF Entry 37). By this Stipulation, the parties request to continue the status conference to November 4, 2025, at 9:00 a.m. The parties further request that the time between August 19, 2025, and November 4, 2025, be excluded for attorney preparation.

2. Attorney Todd Leras requested to substitute into the case as appointed counsel in place of Attorney Clemente Jimenez at a status of counsel hearing on April 8, 2025.

3. This case involves two counts of distribution of methamphetamine. Following the April 8th status of counsel hearing, the government produced an initial round of discovery consisting of approximately one hundred pages of reports, photographs and other materials related to controlled purchase operations occurring during investigation of this matter.

4. Defense counsel requested, via an email dated June 2, 2025, that the government provide additional discovery materials. The government agreed to provide the requested materials subject to a protective order. The supplemental materials include, among other items, video and audio recordings, and aerial surveillance footage. The government released the requested materials on June 13, 2025.

5. The protective order requires defense counsel or an authorized defense representative to maintain control of the supplemental materials. These materials may not be copied and provided to Mr. Castro for review on his own.

6. Francisco Castro's primary language is Spanish. Although his English language skills are strong, he requires an interpreter in court and when discussing complex legal issues such as how the Sentencing Guidelines are used to determine an advisory sentencing range.

ORDER CONTINUING FURTHER
STATUS CONFERENCE

7. Defendant was being held in pre-trial custody at the Central Valley Annex in McFarland, California, until early August 2025. He was recently transferred to the Yuba County Jail, in Marysville, California. During an in-person discovery review meeting at the Yuba County Jail, defense counsel noticed that some materials relevant to calculation of Francisco Castro's advisory sentencing guideline range were not present in the supplemental discovery materials. Defense counsel promptly emailed a request for these additional materials to the assigned prosecutor. The government is presently following up with its response to defense counsel's request for additional discovery items.

8. Defense counsel believes that the recently requested materials are necessary to plan and pursue defense investigation, discuss the potential consequences of a proposed settlement agreement, and prepare for a potential change of plea hearing. Travel to the facility where Francisco Castro is being held will be required in conjunction with discovery review, investigation planning, and preparation for potential resolution.

9. Based on the necessary travel required for discovery review, defense investigation, and settlement discussions, defense counsel requests to continue the status conference in this matter to November 4, 2025. The government does not oppose the request.

10. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 19, 2025, to November 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Castro's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the

ORDER CONTINUING FURTHER
STATUS CONFERENCE

Defendant in a speedy trial.

11. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Haddy Abouzeid has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: August 18, 2025              ERIC GRANT
                                    Acting United States Attorney

                                    By   */s/ Todd D. Leras for*
                                        HADDY ABOUZEID
                                        Assistant United States Attorney


DATED: August 18, 2025

                                    By   */s/ Todd D. Leras*
                                        TODD D. LERAS
                                        Attorney for Defendant
                                        FRANCISCO CASTRO, JR.

ORDER CONTINUING FURTHER
STATUS CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the **further status conference**, scheduled for August 26, 2025, is **VACATED** and **RESET** for **November 04, 2025, at 9:00 a.m.** The Court further finds, based on the representations of the parties and Defendant Castro's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 19, 2025, up to and including November 4, 2025.

IT IS SO ORDERED.

August 19, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING FURTHER STATUS CONFERENCE