LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANCISCO CASTRO, JR.,

Defendant.

Case No.: 2:24-cr-00074-JAM

**<u>FIRST</u> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**

Court: Hon. John A. Mendez
Date: July 28, 2026
Time: 9:00 a.m.

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Ross Pearson and Attorney Todd D. Leras on behalf of Defendant Francisco Castro, Jr., submit this request to continue the Sentencing Hearing in the above-referenced matter from July 28, 2026 to November 3, 2026.

Mr. Castro has completed his probation interview. The assigned probation officer timely prepared a draft Presentence Investigation Report (PSR) and disclosed it on schedule. Due to a

glitch in the Probation Department's new PSR email distribution system, the draft PSR was sent by error to defense counsel's SPAM email folder and not to his regular email inbox. Defense counsel, through no fault of the assigned probation officer, did not discover the error until the date set for submission of informal requests for correction.

Mr. Castro is presently housed at the Yuba County Jail in Marysville, California. The Yuba County Jail has a single confidential pass-through booth (Booth A) allowing defendant and his counsel to exchange documents. All other confidential visiting booths (Booths B through E) require the parties to speak over an antiquated phone system behind a solid glass panel which allows for no exchange of documents. Local Rule 461(b) requires defense counsel to review the draft PSR with the defendant before submitting informal requests for correction. Given defense counsel's late access to the draft PSR and the necessity of scheduling an advance appointment for Booth A, defense counsel could not review the draft PSR with Mr. Castro before the deadline for submission of informal requests for correction.

Due to the circumstances regarding defense counsel's late receipt of the draft PSR, defense counsel requests additional time to prepare for the Sentencing Hearing. The government does not object to the requested continuance. The assigned probation officer has confirmed her availability on the requested date. The government, defense counsel, and the probation officer propose adjustment of the remaining dates of the previously set disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: **October 06, 2026**;
2. Final Pre-Sentence Report Date: **October 13, 2026**;
3. Motion for Correction Date: **October 20, 2026**; and
4. Reply Date: **October 27, 2026**.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

Act is not required. Assistant U.S. Attorney Ross Pearson approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: July 13, 2026

By *[/s/ Todd D. Leras for]*
ROSS PEARSON
Assistant United States Attorney

DATED: July 13, 2026

By *[/s/ Todd D. Leras]*
TODD D. LERAS
Attorney for Defendant
FRANCISCO CASTRO, JR.

**ORDER**

Based on the stipulation of the parties, the July 28, 2026 Sentencing Hearing in this matter is **CONTINUED** to **November 03, 2026, at 9:00 a.m.** The Court **ADOPTS** the modified Presentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: July 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE