LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
FRANCISCO CASTRO, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO CASTRO, JR.,<br><br>Defendant. | Case No.: 2:24-cr-00074-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY REMAINING PRESENTENCE SCHEDULE**<br><br>Court: Hon. John A. Mendez<br>Date: November 10, 2026<br>Time: 9:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Ross Pearson and Attorney Todd D. Leras on behalf of Defendant Francisco Castro, Jr., submit this request to continue the Sentencing Hearing in the above-referenced matter

from November 10, 2026, to March 9, 2027.

Mr. Castro has completed his probation interview, and the assigned probation officer timely prepared a draft Presentence Investigation Report (PSR). The defense timely requested informal corrections to the draft PSR. The Probation Department, in turn, submitted and disclosed the Final PSR and Sentencing Recommendation. Based on a stipulation between the parties granted by the Court, this matter was set for Sentencing Hearing on November 3, 2026. By Minute Order, issued on October 13, 2026, the Court continued the Sentencing Hearing to November 10, 2026 (ECF Entry 58).

By this Stipulation, the defense requests to continue Defendant Castro's Sentencing Hearing to March 9, 2027 - the Court's next available date for sentencings, as confirmed by email inquiry to the courtroom deputy. The assigned probation officer has also confirmed her availability on the requested date. The request is based on the defense need for additional time to complete investigation and obtain materials in support of the defense sentencing request. The government does not oppose the request. The parties propose modifying the remaining dates of the PSR disclosure schedule as follows:

1. Motion for Correction Date: February 23, 2027; and
2. Reply Date: March 2, 2027.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Ross Pearson approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: October 26, 2026

By *____/s/ Todd D. Leras for________*
ROSS PEARSON
Assistant United States Attorney

DATED: October 26, 2026

By *____/s/ Todd D. Leras________________*
TODD D. LERAS
Attorney for Defendant
FRANCISCO CASTRO, JR.

## ORDER

Based on the stipulation of the parties, the November 10, 2026 Judgment and Sentencing is **CONTINUED** to **March 09, 2027, at 9:00 a.m.** The remaining PSR schedule is **MODIFIED** as requested above.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, **seven (7) calendar days** in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, **five (5) calendar days** in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED**.

Dated: October 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE